UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Deborah Laufer,<br><br>    Plaintiff,<br><br>    v.<br><br>Petrus J. Pienaar and Angela M. Lien<br>d.b.a. Sleepy Hollow Motel,<br><br>    Defendants. | CIVIL ACTION NO. 20-cv-683-slc<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

To:    PLAINTIFF DEBORAH LAUFER AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the undersigned will move the above-named court on a date, time and place to be determined by the Court, or as soon thereafter as counsel can be heard for an order dismissing Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Specifically, Defendants contend subject matter jurisdiction is lacking because Plaintiff does not have standing to assert the claims and seek the remedies prayed for in the Complaint.

PLEASE FURTHER TAKE NOTICE that said Motion will be heard upon the files and pleadings herein.

782321.v1-9/18/20

2

Dated: September 18, 2020      H<small>ANFT</small> F<small>RIDE</small>
                                         A Professional Association

By:   s/Scott A. Witty
       Scott A. Witty, Attorney Registration No. 1088259
       Attorneys for Defendants
       1000 U.S. Bank Place
       130 West Superior Street
       Duluth, MN 55802-2094
       P: 218/722-4766
       F: 218/529-2401
       saw@hanftlaw.com

2