UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Deborah Laufer, | |
| Plaintiff, | CIVIL ACTION NO. 20-cv-683-slc |
| v. | |
| The Sleepy Hollow USA LLC, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

THE PARTIES, by and through their respective undersigned counsel, hereby advise the Court that this case has been settled.  Under the terms of their agreement, they stipulate to the voluntary dismissal of this case, with prejudice and without costs awarded to either party.

| | |
|---|---|
| THOMAS B. BACON, P.A. | HANFT FRIDE<br> A Professional Association |
| /s/ Thomas B. Bacon | /s/ Scott A. Witty |
| Thomas B. Bacon | Scott A. Witty |
| tbb@thomasbaconlaw.com | saw@hanftlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 4369 Lake Road | 1000 U.S. Bank Place |
| Williamson, NY 14589 | 130 West Superior Street |
| 954-478-7811 | Duluth, MN  55802-2094 |
| | 218-722-4766 |
| | Attorney Registration No. 1088259 |